UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Odell Thompson, Jr.

Plaintiff,

vs.

City of Minneapolis, et al.,

Defendants.

Civil No. 02-8 JMR/FLN

**ORDER**

---

The Motion of plaintiff, Odell Thompson, Jr., for an Order granting leave to amend his Complaint, previously filed in the above entitled and numbered cause, came for a hearing on ______________, 2002.

After reading the motion and hearing the arguments, the Court is of the opinion that justice requires the plaintiff's request for leave to amend be granted.

IT IS ORDERED that plaintiff, Odell Thompson, Jr. be granted leave to file its Amended Complaint.

IT IS FURTHER ORDERED that defendants file an Answer within 20 days of this Order.

DATED: May 29th, 2002

XXXXX JUDGE

Honorable James M. Rosenbaum
U.S. District Court Chief Judge

HARD D. SLETTEN, CLERK
MENT ENTERED MAY 30 2002
CLERK'S INITIALS ________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Odell Thompson, Jr.

Plaintiff,

vs.

City of Minneapolis, et al.,

Defendants.

Civil No. 02-8 JMR/FLN

**STIPULATION FOR AMENDMENT OF PLEADINGS**

**COME NOW**, the Plaintiff, Odell Thompson, Jr. and the Defendants , by and through counsel and hereby submit for the Court's approval this Joint Stipulation of Consent to the Plaintiff's Amended Complaint:

1. In furtherance of judicial economy and efficiency for the parties, the Defendants agree they have no objection or resistance to the plaintiff's Amended Complaint, a copy of which is submitted herewith.
2. Defendants, by and through the below signature of their counsel, hereby consent to the amendments pursuant to FED. R. CIV. P. 15 (a).
3. As such, the plaintiff, Odell Thompson, Jr., submits no Motion for Leave to Amend its Complaint.

**WHEREFORE**, the plaintiff, Odell Thompson, Jr., respectfully prays this Court consider the Defendant's accompanying Amended Complaint be considered as if filed as of the date of the original filing of the plaintiff's Complaint.

Dated: May 14, 2002

JAY M. HEFFERN
City Attorney
By:

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 673-2066

Dated: May 17, 2002

KIMBERLY M. FERRIER
Attorney at Law
By:

KIMBERLY M. FERRIER
Attorney for Plaintiff
Attorney Reg. No. 310293
Ferrier Law Offices, P.A.
510 First Avenue North
Suite 560
Minneapolis, Minnesota 55403
(612) 370-0300

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00

☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gomik, Warren E. Burger Federal Building