**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Odell Thompson, Jr.** **Civil No. 02-8 JMR/FLN**

**Plaintiff,**

**vs.** **AMENDED PRETRIAL SCHEDULE**

**City of Minneapolis, et al.,**

**Defendants.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002, except that motions to amend to seek punitive damages may be made no later than August 1, 2002.

   b. All discovery shall be commenced in time to be completed by October 1, 2002.

   c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 25 Requests for Admission shall be served by any party.

   e. No more than 50 Document Requests shall be served by any party.

   f. No more than 10 depositions shall be taken by any party.

   g. No more than one Rule 35 medical examination shall be taken and must be completed on or before September 1, 2002.

JUL 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by October 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before August 1, 2002.

2) By Defendant(s) on or before September 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiff(s) on or before August 1, 2002.

2) By Defendant(s) on or before September 1, 2002.

c. Each party may depose no more than 2 expert witnesses.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to December 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

   a. This case shall be ready for trial on and after February 1, 2003, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 2-3 trial days.

Dated: July 5, 2002

FRANKLIN L. NOEL
[redacted] Magistrate Judge

01L-0462

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Odell Thompson, Jr.** **Court File No.: 02-CV-0008 JMR/FLN**

**Plaintiff,**

vs. **STIPULATION TO AMEND PRETRIAL SCHEDULE**

**City of Minneapolis, and Officer Marshall Collier individually, and as police officer in the City of Minneapolis Police Department,**

**Defendants.**

---

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties have encountered delays in completing discovery, particularly in locating and gathering out of state medical records of Plaintiff.

2. Amendment of the Pretrial Scheduling Order to allow additional time for discovery, expert disclosures and dispositive motions is essential to allow the parties adequate time to conduct depositions, retain experts, conduct an IME, and obtain expert reports.

3. All parties agree that extensions of the deadlines in the Pretrial Schedule, as set forth below, are necessary to ensure that all parties have a fair and adequate opportunity to complete discovery, retain experts and obtain expert reports, and bring dispositive motions. The extensions set forth below will not affect the trial ready date.

Discovery: October 1, 2002

Rule 35 Medical Examinations: September 1, 2002

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Disclosure of Experts and their Reports:

Plaintiff: August 1, 2002
Defendants: September 1, 2002

Dispositive Motions: December 1, 2002

Dated: 6/21/02

Kimberly M. Ferrier
Attorney Reg. No. 310293
Attorney for Plaintiff
Ferrier Law Offices, P.A.
510 First Avenue North
Suite 560
Minneapolis, MN 55403
(612) 370-0300

Dated: 6/18/02

JAY M. HEFFERN
City Attorney
Attorney Reg. No. 4331X
By

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for City of Minneapolis
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2066

01L-0462