ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Odell Thompson, Jr.

Plaintiff,

vs.

City of Minneapolis, et al.,

Defendants.

[redacted] **ORDER**
Court File No. 02-CV-0008
JMR/FLN

---

The above matter came on before the undersigned upon a Stipulation filed by the parties. The parties move the Court for an order granting the Minnesota Department of Human Services intervenor party status in this matter based on medical assistance benefits it has paid on behalf of Plaintiff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now takes and enters the following order.

IT IS HEREBY ORDERED:

The above-referenced stipulation to intervene is GRANTED.

Dated: Sept 6, 2002

BY THE COURT:

Franklin L Noel

FRANKLIN L. NOEL
United States Magistrate Judge

FILED SEP 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Odell Thompson, Jr.

Plaintiff,

vs.

City of Minneapolis, et al.,

Defendants.

**STIPULATION**
Court File No. 02-CV-0008
JMR/FLN

---

WHEREAS, this matter is before the Court pursuant to the Minnesota Department of Human Services' Motion to Intervene in the *Odell Thompson, Jr. v. City of Minneapolis and Marshall Collier* lawsuit, filed on July 11, 2002.

WHEREAS, the Minnesota Department of Human Services has paid medical assistance benefits on behalf of Plaintiff.

NOW THEREFORE, the parties hereto, through their respective attorneys, hereby stipulate and agree to the following:

1. That the State of Minnesota, Department of Human Services be granted intervenor party status in the *Odell Thompson, Jr. v. City of Minneapolis and Marshall Collier* lawsuit (Court File No. 02-CV-0008).

Dated: 8/19/02

SCOTT REEVES
Assistant Minneapolis City Attorney
Atty. Reg. No. 90128

333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2066

ATTORNEY FOR DEFENDANTS

Dated: 8/13/02

KIMBERLY M. FERRIER
Ferrier Law Offices, P.A.
Atty. Reg. No. 310293

510 First Avenue North, Suite 560
Minneapolis, MN 55403
(612) 370-0300

ATTORNEY FOR PLAINTIFF

Dated: 8/29/02

MIKE HATCH
Attorney General
State of Minnesota

Suzette C. Schommer For
DAVID A. ROWLEY
Assistant Attorney General
Atty. Reg. No. 279171

445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 297-3070 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR MINNESOTA
DEPARTMENT OF HUMAN SERVICES

AG: #708719-v1